UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CAREPATROL FRANCHISE
SYSTEMS, LLC,

    Plaintiff,

v.

SUSTAINED CARE SERVICES, LLC,
AGING HAPPENS, and HERCULES
BOTHMA,

    Defendants.

Case No. 2:24-cv-11755

Honorable

---

Ari M. Charlip (P57285)
Dalia Abdow (P83657)
Gordon Rees Scully Mansukhani LLP
Attorneys for Plaintiff
37000 Woodward Ave., Ste. 225
Bloomfield Hills, MI 48304
(313) 765-6434
acharlip@grsm.com
dabdow@grsm.com

---

## EXHIBIT LIST TO COMPLAINT

| | |
|---|---|
| Exhibit A: | Franchise Agreement |
| Exhibit B: | Defendants' Web Page |
| Exhibit C: | E-Mail Correspondence |
| Exhibit D: | Pennsylvania's Department of State Records |
| Exhibit E: | Marketing Materials |
| Exhibit F: | Download History – Filed Under Seal |