# EXHIBIT B



HOME  SERVICES  ABOUT  NEWS  CONTACT



KNOW YOUR LIVING AND CARE OPTIONS.

## Speak to a Certified Senior Advisor® Today!




As Certified Senior Advisors®, we are trained in many different aspects of aging and understand many of the complicated issues that Seniors face every day. We connect you to resources and experts that we have come to know and trust. We are here to help you navigate this stage of life through education, guidance and advocacy.





Hercules Bothma

Your Local Advisor

"Families know they can trust me because building and earning trust has been the basis for success in my career over the years."

Find Us

For any inquires use contact details below, or fill out form on the contact page.

Postal Address:
PO Box 113
Media, PA 19063

Main: 484-443-6268
Fax: 484-443-6269

questions@aginghappens.com
www.aginghappens.com

Download Certification Document



HOME   SERVICES   ABOUT   NEWS   CONTACT

## OUR SERVICES

- We connect you with FREE community services for Seniors & their Families.
- Our network of Certified Advisors® are experts in Senior Living Communities, including Independent Living, Assisted Living, Memory Care, In-Home Care and Skilled Nursing Facilities.
- Our Advisors know pricing, amenities, care capabilities, style and "feel" of every community.
- We inform families to select & prioritize communities based on care needs, desired location, financial resources and personal preferences.
- As passionate advocates for relevance in aging, we offer educational seminars, online and in-person, for organizations and businesses on aging related matters including living and care options.
- We strive to empower you with knowledge to make the best choices to stay relevant and manage your life quality.

  

  

## WHAT WE PROVIDE

We are part of a national network of Certified Senior Advisors® to provide cross state services to families

In addition to the CSA® certification, we maintain an active education program in dementia care as well as matters relating to aging and care.

As a Certified Senior Advisor® at the Greater Main Line PA, we have been serving families for over three years and look forward to providing you with guidance, education and up to date information on your living and care options.
**Seminars** offered include:
You Planned For Retirement, But Did You Plan For Aging?
Things To Do Today To Plan for Tomorrow
When Aging Happens: Understanding Your Different Care Options
Finding The Right Care And How To Pay For It

 

## ABOUT US

Our goal is to promote sustained relevance for elders through information, guidance and access to a network of ethical professionals.



In order to provide families and individuals with sustainable solutions, we **collaborate with a network** of reputable local resources to help families:

- Certified Senior Advisors® who can guide families on the safest care and living options based on care needs, location and cultural preferences and your budget.
- Elder Law:  Advanced directives, wills, testaments and specialized services regarding Medicaid qualifications are important to many clients to plan their affairs and focus on quality of life.
- Financial and Tax Advisors:  helping to plan, protect and stretch wealth.
- Transition Services:  This is a critical service group for families in transition providing real estate sales, downsizing and moving services as well as estate sales and auctions.
- In-Home Care:  Many clients either would prefer to stay at home longer while having increased supportive needs or require supplemental support in independent and assisted living communities for activities of daily living.
- Hospice and Palliative Care specialists.
- VA and Benefits Services:  Helping our veterans through the maize of government support programs and financial support for long term care and medical insurance.
- Tele-Medicine, Technology and Health management services:  Based on the unique needs after the COVID-19 situation, we are working on partnerships with remote health management service providers.





aginghappens.com/news

# Aging Happens

HOME    SERVICES    ABOUT    **NEWS**    CONTACT

## Do We Simply Not Care About Old People?

2/27/2024                                                                 0 Comments

### Do We Simply Not Care About Old People?

Judith Graham February 9, 2024

The covid-19 pandemic would be a wake-up call for America, advocates for the elderly predicted: incontrovertible proof that the nation wasn't doing enough to care for vulnerable older adults.

The death toll was shocking, as were reports of chaos in nursing homes and seniors suffering from isolation, depression, untreated illness, and neglect. Around 900,000 older adults have died of covid-19 to date, accounting for 3 of every 4 Americans who have perished in the pandemic.

But decisive actions that advocates had hoped for haven't materialized. Today, most people — and government officials — appear to accept covid as a part of ordinary life. Many seniors at high risk aren't getting antiviral therapies for

### Author

Hercules Bothma and Selected Republished Articles

### Archives

February 2024
January 2023
May 2022

### Categories

All

RSS Feed