# EXHIBIT C

                                                                                    Hercules Bothma <hbothma@carepatrol.com>

## Update - Hercules Bothma

**Hercules Bothma** <hbothma@carepatrol.com>                                      Tue, Apr 16, 2024 at 8:39 AM
To: Bruce Rosenblatt <bruce@seniorhousingsolutions.net>
Cc: "sustainedcareservices@gmail.com" <sustainedcareservices@gmail.com>, advisor@aginghappens.com

Hi Bruce,
I trust this email finds you well and ready for spring...

Here is a quick update from my end:  My franchise agreement term is coming to an end in the next few days and I plan to remain an independent contractor for placements in the region.  My new emails will include sustainedcareservices@gmail.com and advisor@aginghappens.com.  At this stage I am not sure whether I will retain my CarePatrol email as a contractor and will let you know asap.

The aginghappens.com website will most likely develop into an education platform, which is why I include the sustainedcareservices contact.

I do have a question regarding placement software please:  since my initial contact with you I appreciated your informative sessions, which included two guys from microsoft showing their placement CRM software.  Are you using it and what was the name?

Thanks and have a great week!

--
Best Regards
**Hercules Bothma, MBA CSA CPRS CDP**
*Certified Senior Advisor®*
MainLinePA.CarePatrol.com

      

***Direct****: 484-443-6268  **Office***: 484-443-6266 ***Fax***: 484-443-6269



