# EXHIBIT D



**pennsylvania**
DEPARTMENT OF STATE

Business    UCC    Trademark    CROP

Login

- Home
- Search
- Initial Forms
- ? Help

# Business Search

*As of 07/02/2024 we have processed all business filings received in our office through 06/23/2024.*

Business Search Info: ⌄

aging happens 🔍

Advanced ⌄

Results: 1

| Filing Information | Initial Filing Date | Status | Entity Type | Formed In | Address |
|---|---|---|---|---|---|
| Aging Happens (7443507) › | 12/22/2021 | Active | Fictitious Name | PENNSYLVANIA | 7 FORREST LN, SPRINGFIELD, PA 19064 |

Skip to main content

Business     UCC     Trademark     CROP

Home

Search

Initial Forms

Help


pennsylvania
DEPARTMENT OF STATE

Business    UCC    Trademark    CROP

Login

## Home

Search

Initial Forms

? Help

# Business Search

As of 07/02/2024 we have processed all business filings received in our office through 06/23/2024.

Business Search Info: ⌄

aging happens 🔍

Advanced ⌄

Results: 1

| Filing Information ⇅ | Initial Filing Date ⇅ | Status |
|---|---|---|
| Aging Happens (7443507) › | 12/22/2021 | Active |

Aging Happens (7443507)



Request Certificate

| | |
|---|---|
| *Initial Filing Date* | 12/22/2021 |
| *Status* | Active |
| *Formed In* | PENNSYLVANIA |
| *Filing Type* | Fictitious Name |
| *Principal Address* | 7 Forrest Ln |
| *Interested Entities* | Owner SUSTAINED CARE SERVICES LLC 7 FORREST LN SPRINGFIELD PA 19064 |



View History



Request Access

‹

Skip to main content

Business    UCC    Trademark    CROP

Aging Happens (7443507)



**Request
Certificate**

| | |
|---|---|
| *Initial Filing Date* | 12/22/2021 |
| *Status* | Active |
| *Formed In* | PENNSYLVANIA |
| *Filing Type* | Fictitious Name |
| *Principal Address* | 7 Forrest Ln |
| *Interested Entities* | Owner
SUSTAINED CARE
SERVICES LLC
7 FORREST LN
SPRINGFIELD
PA 19064 |



**View History**



**Request
Access**

- Home
- Search
- Initial Forms
- Help

‹