# **EXHIBIT E**



# Directory

X Close | About

Post　Share



## Aging Happens

Consulting Service to guide families on quality living and care options



- We provide information and a service for Seniors & their Families.
- Our Certified Advisors® are experts in Senior Living Communities, including Independent Living, Assisted Skilled Nursing Facilities.
- We know pricing, amenities, care capabilities, style and "feel" of every community.
- We help families select & prioritize communities based on care needs, desired location, financial resourc
- As passionate advocates for relevance in aging, we offer educational seminars, online and in-person, for related matters including living and care options.
- We strive to empower you with knowledge to make the best choices to stay relevant and manage your li

## Aging Happens

Hercules Bothma

*Springfield PA, US*

- 📞 4844436266
- 🖨 4844436269
- 🔗 www.aginghappens.com
- ✉ SEND A MESSAGE

Do you know Aging Happens? Be the first to:

RECOMMEND AGING HAPPENS

## BECOME A MEMBER

### Join Now!

Join PCADV Now >

## LOOKING FOR SOMETHING

Search...

## ADDITIONAL PCADV INFO

Board of Directors

Member Login

Affiliate Link Banners

## UPCOMING EVENTS

### JULY PCADV MEETING

Wed Jul 10 2024, 08:30am EDT - 10:15am EDT

Copyright 2024 © The Professional Care Alliance of the Delaware Valley

484-443-6268
All | Images | Maps | Shopping | Videos | Forums | Web | More     Tools


aginghappens.com
https://www.aginghappens.com

**Aging Happens - Know your living and care options - Home**

PO Box 113 Media, PA 19063. Picture. Main: 484-443-6268. Fax: 484-443-6269. Picture. questions@aginghappens.com · www.aginghappens.com · Download Certification ...




nextdoor.com
https://static.nextdoor.com › pages › carepatrol-of-the-gr...

**CarePatrol Of The Greater Main Line PA**

(484) 443-6268. Senior service. Assisted living/adult care. Eldercare. Home care. Nextdoor. About · News · Media Assets · Investor Relations · Blog · Careers.


Society of Certified Senior Advisors
https://portal.csa.us › csa-search › hercules-bothma

**Hercules Bothma - Society of Certified Senior Advisors**

Phone: 484-443-6268. Location: PO Box 113. Media, Pennsylvania 19063-0113. default-user. Main Industry: Senior Housing, Placement, & Real ...



## Hercules Bothma · 1st

Helping individuals and organizations create value through sustainable relevance.

Springfield, Pennsylvania, United States · Contact info

 Sustained Care Services

University of Cape Town

500+ connections

 Cindy Jahr Evans, Bonnie a.k.a.Barbara Danker, and 79 other mutual connections

 Message    More

## About

Sustained Relevance for Seniors:
As the owner and president of CarePatrol of the Greater Main Line, we promote a sustained relevance for seniors through informed decisions on long term care and living options. You can benefit from our free service to families and individuals on the best care options based on personal care, financial and socio-cultural needs. We work with independent and assisted living, personal care, memory care and long term care providers in the region.

Sustained Relevance for Organizations


**Hercules Bothma**
Helping individuals and organizations create value through sustainable relevance.

## Experience


**President and Owner - CarePatrol of the Greater Main Line PA**
Sustained Care Services
Apr 2019 - Present · 5 yrs 3 mos
The Greater Main Line, PA

At CarePatrol of the Greater Main Line, we promote a sustained relevance for seniors through informed decisions on long term care and living options. You can benefit from our free service to families and individuals  ...see more


**Business and Education Consultant**
Hercules Bothma
Jan 2013 - Present · 11 yrs 6 mos

Education Consultant Services Include Course and Workshop Development and Delivery. Topics include Critical Thinking, Problem Formulation and Solution Design, Socio-Cultural Systems, Negotiation/Intervention  ...see more


**Associate**
Systems Wisdom LLC
Feb 2019 - Present · 5 yrs 5 mos
Global

We practice translational consulting which enables the transfer of knowledge across functional and disciplinary boundaries. We tap deeply into and provide feedback about the organization's knowledge, understan  ...see more


**Fellow**





Community Home  Blog  Tools of the Trade  Sign in  Join Today!

**Sustained Care Services**
Media, PA
Highly Recommended (13)

Senior Living And Care  Seniors  Longevity

Refer

## Our Recognition

**Highly Recommended**
By 5+ Local Business Owners!

Share

## Our Team

**Hercules Bothma**
Owner/President

## Our Ideal Customer

Families and Elders looking for an information source on aging, living and care options

### Who we want to be referred to

Families  Elderly  Caregiver  Show all 4