# EXHIBIT F

**Exhibit F will be filed under seal in accordance with Local Rule 5.3**