UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CAREPATROL FRANCHISE
SYSTEMS, LLC,                                    Case No. 2:24-cv-11755-LJM-CI

    Plaintiff,                                    Honorable Laurie J. Michelson

v.

SUSTAINED CARE SERVICES, LLC,
AGING HAPPENS, and HERCULES
BOTHMA,

    Defendants.

---

Ari M. Charlip (P57285)
Dalia Abdow (P83657)
Gordon Rees Scully Mansukhani LLP
Attorneys for Plaintiff
37000 Woodward Ave., Ste. 225
Bloomfield Hills, MI 48304
(313) 765-6434
acharlip@grsm.com
dabdow@grsm.com

---

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby voluntarily dismisses its Complaint against Defendants, without prejudice.

Respectfully submitted,

/s/ *Ari M. Charlip*_____
Ari M. Charlip (P57285)
Dalia Abdow (P83657)
Gordon Rees Scully Mansukhani LLP
Attorneys for Plaintiff
37000 Woodward Ave., Ste. 225
Bloomfield Hills, MI 48304
(313) 765-6434
acharlip@grsm.com
dabdow@grsm.com

Dated: July 11, 2024